IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:12 CR 466 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Doris Porterfield, | |
| Defendant. | |

This criminal case was referred to United States Magistrate Judge James R. Knepp, II, with consent of the parties, to conduct a change of plea hearing. The Magistrate Judge filed his Report and Recommendation (R&R) (Doc. No. [11]); no Objection has been filed.

This Court finds that the requirements of Federal Criminal Rule 11 have been satisfied; Defendant was properly afforded her rights under the United States Constitution; Defendant was correctly found to be competent, aware of the charges and consequences of conviction and of the waiver of her rights; and Defendant knowingly, intelligently and voluntarily consented to the Magistrate Judge and entered a guilty plea for which there was an adequate factual basis.

After a *de novo* review of the record and R&R, the Magistrate's findings are adopted, Defendant's guilty plea is accepted, and a finding of guilty is entered.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
    JACK ZOUHARY
    U. S. DISTRICT JUDGE

March 11, 2013